# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ATLANTIC NATIONAL TRUST LIMITED LIABILITY COMPANY, | : No. 242 MAL 2015 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| DONALD RUDDY AND ELEANOR RUDDY, H/W, | : |
| | : |
| | : |
| Respondents | : |

| | |
|---|---|
| ATLANTIC NATIONAL TRUST LIMITED LIABILITY COMPANY, | : No. 243 MAL 2015 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| DONALD RUDDY AND ELEANOR RUDDY, H/W, | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.